**DELEK REFINING, LIMITED,**
Petitioner Cross–
Respondent

v.

**NATIONAL LABOR RELATIONS
BOARD, Respondent Cross–
Petitioner**

No. 15-60812

United States Court of Appeals,
Fifth Circuit.

Date Filed: 09/06/2016

H. Michael Bush, Esq., Attorney, Chaffe McCall, L.L.P., New Orleans, LA, for Petitioner Cross–Respondent.

Linda Dreeben, Esq., Deputy Associate General Counsel, Rebecca Jean Johnston, Kira Dellinger Vol, National Labor Relations Board, Appellate & Supreme Court Litigation Branch, Washington, DC, Martha Elaine Kinard, Esq., Director, National Labor Relations Board, Fort Worth, TX, for Respondent Cross–Petitioner.

Before JOLLY, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The court's having read the briefs and pertinent parts of the record, the petition is DENIED. Accordingly, judgment is to be entered enforcing the 13 November

---

2015 order of the National Labor Relations Board.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

